BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone:    949.863.3363
Facsimile:    949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALVAN MARTINEZ,<br><br>Debtor/Plaintiff<br><br>v.<br><br>TRINITY FINANCIAL SERVICES, LLC<br><br>Creditor/Defendant<br><br>In re:<br><br>CARLOS GALVAN MARTINEZ | Case No. 2:17-bk-21970-VZ<br><br>Adversary No. 2:18-ap-01009-VZ<br><br>Chapter Number: 13<br><br>**DECLARATION OF APPRAISER IN SUPPORT OF ANSWER TO COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>Date:      03/22/2018<br>Time:      10:00 a.m.<br>Ctrm      1368<br>Judge:    Vincent P. Zurzolo |

I, Jeffrey Neel, declare:

1.    I am a real estate appraiser, State of California License #AR039177. I make this declaration based on my own personal knowledge, my education, my training, and my experience in the field of real estate appraisal. If called as a witness, I could and would competently testify to the facts stated herein.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4820-2077-0911 v1            - 1 -            DECLARATION OF APPRAISER IN SUPPORT
OF ANSWER TO LIEN STRIP COMPLAINT

2.      I have held a California Real Estate Appraiser License since 2005, and have been doing residential real estate appraisals since 2004.  I am actively employed as a real estate appraiser and perform approximately twenty per month, with total value appraised of ten to twenty million dollars per month.

3.      I have served as an expert witness in numerous cases in Los Angeles, Orange, and Ventura counties.  I specialize in complex residential assignments, including proposed construction, single and multi-unit bankruptcy and litigation purpose appraisals, and multi-unit income-producing and waterfront properties. I am also a licensed real estate agent.

4.      On or about February 7, 2018, I was retained by Burke Williams & Sorensen, LLP, on behalf of Trinity Financial Investments, LLC (the "Client") to examine and appraise a multi-unit residence located at 4628-4628 ½ St. Elmo Dr., Los Angeles, CA 90019 (the "Property"). Attached as **Exhibit A** is a true and correct copy of the Appraisal Report that I prepared with respect to the Property (the "Appraisal").

5.      In determining the fair market value of the Property, I placed primary weight on the sales comparison approach. I consider the sales comparison approach to be the most reliable in determining fair market value because it more accurately simulates buyers' perceptions and actions.

6.      Based upon my observations, inspection of the Property, and market research, as well as my training, my education, and my experience as a residential appraiser, it is my professional opinion that the Property had a fair market value of $735,000 as of September 29, 2017 (the Petition Date).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4820-2077-0911 v1                    - 2 -                    DECLARATION OF APPRAISER IN SUPPORT
OF ANSWER TO LIEN STRIP COMPLAINT

1    7.    I have no present or contemplated future interest in the Property. Neither my

2    employment nor my compensation for the Appraisal is contingent on the value found. I have no

3    familial or personal relationship with the Client other than the preparation of this Appraisal.

4

5    I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7

8    Executed on this 16 day of March, 2018, at Huntington Beach, California.

9

10    _____
      Jeffrey Neel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4820-2077-0911 v1                - 3 -        DECLARATION OF APPRAISER IN SUPPORT
                                                   OF ANSWER TO LIEN STRIP COMPLAINT

**EXHIBIT A**



**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**

4628 St Elmo Dr
Tract NO 558 LOT 10
Los Angeles, CA 90019

**FOR:**

Trinity Financial Services LLC
2618 San Miguel Dr.
Newport Beach, CA 92660

**AS OF:**

September 29, 2017

**BY:**

Jeffrey Neel
Third Party Real Estate, Inc
4952 Warner Avenue, Suite 320
Huntington Beach, CA 92649
714-624-9772
jeff@thirdpartyvalue.com

Third Party Real Estate, Inc.
4952 Warner Avenue, Suite 320
Huntington Beach, CA 92649
714-624-9772

03/12/2018

Trinity Financial Services LLC
2618 San Miguel Dr.
Newport Beach, CA 92660

Re:  Property:     4628 St Elmo Dr
                   Los Angeles, CA 90019
     Client:       Trinity Financial Services, LLC
     File No.:      TPRE/Trinity/St.Elmo

Pursuant to your request, I have inspected the subject property located at the above-referenced address.  In conjunction with your request, I have investigated sales of similar properties located in the same marketing area.

The purpose of my investigation was to establish an Estimate of Market Value, subject to the Definition of Market Value, the Assumptions and Limiting Conditions, and Certification contained in this Appraisal Report. This Appraisal was prepared as a "Appraisal Report" in conformance with the Uniform Standards of Professional Appraisal Practice.

An adequate description of the property based on an interior and exterior inspection of the subject improvements, along with explanations of the appraisal procedures are presented in the Appraisal Report. This is a retrospective value opinion. The subject was inspected on March 1, 2018. The effective date of my value opinion is September 29, 2017.

Based on my findings, it is my opinion the "AS IS" Market Value of the Subject Property, as of September 29, 2017 is:

**Seven Hundred & Thirty Five Thousand Dollars**
**$735,000**

Sincerely,

Jeffrey Neel
California Certified Appraiser
License # AR-039177

**Small Residential Income Property Appraisal Report**

File # TPRE/Trinity/St.Elmo

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address | 4628 St Elmo Dr | City Los Angeles | State CA  Zip Code 90019 |
| Borrower Trinity Financial Services, LLC | Owner of Public Record Trinity Financial Services, LLC | | County Los Angeles |
| Legal Description Tract NO 558 LOT 10 | | | |
| Assessor's Parcel # 5071-022-033 | Tax Year 2017 | R.E. Taxes $ 2,988 | |
| Neighborhood Name Los Angeles | Map Reference 31084 | | Census Tract 2182.10 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $   ☐ PUD   HOA $ ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Estimate of market value for bankruptcy/litigation purposes
Lender/Client Trinity Financial Services LLC   Address 2618 San Miguel Dr., 303, Newport Beach, CA 92660
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). According to the CRMLS the subject has not been listed in the past 12 months.

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   N/A

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.   N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 70 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 500 Low | 1 | Multi-Family | 10 % |
| Neighborhood Boundaries Venice Boulevard to the north; South La Brea Avenue to the west; West | | | | | | 2,000 High | 100 | Commercial | 10 % |
| Washington Boulevard to the south; Crenshaw Boulevard to the east. | | | | | | 900 Pred. | 50 | Other | % |

Neighborhood Description   Subject is located in a conforming area of the city.  It is located close to all supporting facilities including, schools employment centers, and arterial freeways. The surrounding neighborhood shopping consists of convenience stores, neighborhood and community shopping centers.  No adverse conditions noted.

Market Conditions (including support for the above conclusions).   Please see attached addenda for complete details on current market conditions.

## SITE

| | | | |
|---|---|---|---|
| Dimensions 157.5 x 50 | Area 7,875 sf | Shape Rectangular | View Residential |
| Specific Zoning Classification RD1.5-1-0 | Zoning Description City of Los Angeles/Multi- Family Residential Use Permitted | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | X | | Alley Concrete | | ☒ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 06037C1615F   FEMA Map Date 9/26/2008
Are the utilities and/or off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
Full inspection of the subject site. Title, environmental or legal reports not reviewed. No adverse easements, encroachments or other adverse conditions noted at the time of our appraisal inspection. Subject is located across the street from Alta Loma Elementary School.

## IMPROVEMENTS

| General Description | | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|---|
| Units ☐ One ☒ Two ☐ Three ☐ Four | | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Concrete/Avg | | Floors Tile/Wd/Crpt/Avg | |
| ☐ Accessory Unit (describe below) | | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/Wood/Avg | | Walls Plaster/Avg | |
| # of Stories 1 # of bldgs. 2 | | | Basement Area None sq.ft. | | Roof Surface Composition/Avg | | Trim/Finish Wood/Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | | Basement Finish None % | | Gutters & Downspouts Alum/Average | | Bath Floor Tile/Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Alum/Vinyl/Avg | | Bath Wainscot Tile/Avg | |
| Design (Style) Conventional | | | Evidence of ☐ Infestation | | Storm Sash/Insulated Unknown | | Car Storage | |
| Year Built 1939 | | | ☐ Dampness ☐ Settlement | | Screens Alum/Avg | | ☐ None | |
| Effective Age (Yrs) 25 | | | Heating/Cooling | | Amenities | | ☒ Driveway # of Cars 3 | |
| Attic ☒ None | | | ☐ FWA ☐ HWBB ☐ Radiant | | ☒ Fireplace(s) # 1 ☐ Woodstove(s) # | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | | ☐ Other Fuel Gas | | ☒ Patio/Deck Slab ☒ Fence Blk/Wd | | ☒ Garage # of Cars 1 | |
| ☐ Floor ☐ Scuttle | | | Cooling ☒ Central Air Conditioning | | ☐ Pool ☐ Porch | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | | ☐ Individual ☐ Other | | | | ☐ Att. ☐ Det. ☐ Built-In | |

# of Appliances ☒ Refrigerator 2 ☒ Range/Oven 2 ☐ Dishwasher 0 ☒ Disposal 2 ☐ Microwave 0 ☐ Washer/Dryer 0   Other (describe)

| | | | | | |
|---|---|---|---|---|---|
| Unit # 1 contains: | Rooms 5 | Bedrooms 1 | Bath(s) 1 | 1,264 Square Feet of Gross Living Area | |
| Unit # 2 contains: | Rooms 4 | Bedrooms 1 | Bath(s) 1 | 840 Square Feet of Gross Living Area | |
| Unit # 3 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area | |
| Unit # 4 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area | |

Additional features (special energy efficient items, etc.).   None noted

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   Both units were in *"Average"* condition, consistent with the neighborhood.   My on site measurements varied slightly but were consistent with the GLA noted in public records.  Please see "Additional Comments", page 4 of this report for details on the improvement of the subject property.  Front unit converted to 3 bedroom(one bedroom without closet) while the back unit converted to a two bedroom(one without closet) 1.5 bathroom unit.  The 1/2 bath appears unpermitted.

Small Residential Income Property Appraisal Report    File No. TPRE/Trinity/St.Elmo

**IMPROVEMENTS**

| | | | |
|---|---|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? | | ☐ Yes ☒ No | If Yes, describe. |

| | | | |
|---|---|---|---|
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? | | ☒ Yes ☐ No | If No, describe. |

| | |
|---|---|
| Is the property subject to rent control? ☒ Yes ☐ No  If Yes, describe | The City of Los Angeles is under rent control regulations.  Please see the |

City of Los Angeles website for complete RSO details.

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

**COMPARABLE RENTAL DATA**

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 4628 St Elmo Dr<br>Los Angeles, CA 90019 | 2819 Wellington Rd<br>Los Angeles, CA 90016 | 2313 S Bronson Ave<br>Los Angeles, CA 90018 | 1130 S Citrus Ave Apt B<br>Los Angeles, CA 90019 |
| Proximity to Subject | | 0.81 miles S | 0.63 miles SE | 0.82 miles N |
| Current Monthly Rent | $ 1,400 | $ 1,700 | $ 2,100 | $ 1,950 |
| Rent/Gross Bldg. Area | $ 0.67 sq.ft. | $ 1.70 sq.ft. | $ 1.62 sq.ft. | $ 1.77 sq.ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Client | Realist/CRMLS # WS17086831 | Realist/CRMLS # 16158234 | Realist/CRMLS # TR17187304 |
| Date of Lease(s) | Month to Month | 05/01/2017 ~ 12 Months | 10/19/2016 ~ 12 Months | 08/18/2017 ~ 12 Months |
| Location | Average | Average | Average | Average |
| Actual Age | 79 | 95 | 96 | 93 |
| Condition | Average | Average | Average+ | Average+ |
| Gross Building Area | 2,104 | 1,000 | 1,296 | 1,100 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | 2,104 | Tot | Br | Ba | | | Tot | Br | Ba | 2,100 | | Tot | Br | Ba | | |
| Unit # 1 | 5 | 2 | 1 | 1,264 | 5 | 2 | 1 | 1,000 | $ 1,700 | 5 | 2 | 1 | 1,296 | $ 2,100 | 5 | 2 | 1 | 1,100 | $ 1,950 |
| Unit # 2 | 4 | 1 | 1 | 840 | | | | | $ | | | | | $ | | | | | $ |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Undisclosed | Trash/Sewer | Trash/Sewer | Trash/Sewer |
| Garage | 1 Car Attached | None | None | 1 Car Detached |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)    Due to the variety of properties in this neighborhood, and the rent controlled nature of the area, the rental comparables vary in design, size and quality. The comparables listed above most accurately represent the current rental market for this area.  Similar 2 bedroom units for between $1,700- $2,100 depending on rent length of tenancy, view, location, amenities, bathroom count and square foot based on area market rental standards.

**SUBJECT RENT SCHEDULE**

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | Month to month | N/A | $ 1,400 | | $ 1,400 | $ 1,400 | $ | 1,400 |
| 2 | Owner Occ. | N/A | 0 | | | 1,800 | | 1,800 |
| 3 | | | $ | | | $ | $ | |
| 4 | | | $ | | | $ | $ | |
| Comment on lease data    Lease data obtained | | | Total Actual Monthly Rent | $ 1,400 | | Total Gross Monthly Rent | $ 3,200 |
| for the CRMLS and from the listing agents | | | Other Monthly Income (itemize) | $ | | Other Monthly Income (itemize) | $ |
| for each comparable. | | | Total Actual Monthly Income | $ 1,400 | | Total Estimated Monthly Income | $ 3,200 |

Utilities included in estimated rents  ☐ Electric  ☒ Water  ☒ Sewer  ☐ Gas  ☐ Oil  ☐ Trash collection  ☐ Cable  ☒ Other  Gardening

Comments on actual or estimated rents and other monthly income (including personal property)    Actual rental information was provided by my client for the two bedroom unit.  The back unit is  owner occupied as of the effective date of this appraisal.  I will use market rents for the owners unit and actual rents for the front unit.  Rental market in the area appears strong and  stable.  It appears that the subject would rent for approximately $3,200 per month.  It appear that if the front unit were rented at market rates, approximately $2,000 - $2,200 per month the total rents would be approximately $4,000 per month.  Applying a GRM of 190 would create an income approach value of approximately $760,000.

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

| | |
|---|---|
| My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s) | Realist/ND |
| My research ☒ did  ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale. | |
| Data Source(s) | Realist/ND |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None | 07/07/2017 | None | None |
| Price of Prior Sale/Transfer | None | $588,000 | None | None |
| Data Source(s) | Realist/ND | Realist/ND | Realist/ND | Realist/ND |
| Effective Date of Data Source(s) | 03/08/2018 | 03/08/2018 | 03/08/2018 | 03/08/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Any transfers noted for comparables in this report reflect trustees deed transfers or sales to investors at auction or all cash short sales not traditional arms length market sale transactions.  Trustees deed transfers were bank owned properties.

**Small Residential Income Property Appraisal Report**    File # TPRE/Trinity/St.Elmo

| | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|

There are ___ comparable properties currently offered for sale in the subject neighborhood ranging in price from $2,399,000 to $2,995,000.

There are ___ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $2,440,000 to $2,800,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 4628 St Elmo Dr Los Angeles, CA 90019 | 1731 West Blvd Los Angeles, CA 90019 | 1655 S Highland Ave Los Angeles, CA 90019 | 1510 Meadowbrook Ave Los Angeles, CA 90019 |
| Proximity to Subject | | 0.19 miles E | 0.33 miles NW | 0.68 miles NW |
| Sale Price | $ N/A | $ 755,000 | $ 720,000 | $ 750,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 399.89 sq.ft. | $ 490.13 sq.ft. | $ 290.92 sq.ft. |
| Gross Monthly Rent | $ 3,200 | $ 4,000 | $ 3,800 | $ 3,800 |
| Gross Rent Multiplier | | 188.75 | 189.47 | 197.37 |
| Price per Unit | $ | $ 377,500 | $ 360,000 | $ 375,000 |
| Price per Room | $ | $ 83,889 | $ 90,000 | $ 93,750 |
| Price per Bedroom | $ | $ 188,750 | $ 180,000 | $ 187,500 |
| Rent Control | ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | | Realist/CRMLS# PW17182766 | Realist/CRMLS# 17255378 | Realist/CRMLS# 17236580 |
| Verification Source(s) | | Agent Bret Lewis 480-255-6616 | Deeaudrey Barrow 949-891-2844 | Michele Walman 310-704-0811 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | TD 45% (Conv.) | | TD 75% (Conv.) | | Cash Sale | |
| Concessions | | Doc # 1193091 | | Doc # 1174153 | | Doc # 730246 | |
| Date of Sale/Time | | 10/18/2017 | | 10/13/2017 | | 06/30/2017 | |
| Location | Average | Similar | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,875 sf | 3,586 sf | +21,445 | 5,000 sf | +14,375 | 5,000 sf | +14,375 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 79 | 96 | | 91 | | 90 | |
| Condition | Average | Superior | −25,000 | Average | | Inferior | +25,000 |
| Gross Building Area | 2,104 | 1,888 | +10,800 | 1,469 | +31,750 | 2,578 | −23,700 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 1 | 1 | 5 | 1 | 1 | | 4 | 2 | 1 | | 4 | 2 | 1 | |
| Unit # 2 | 4 | 1 | 1 | 4 | 2 | 1 | −10,000 | 4 | 2 | 1 | −10,000 | 4 | 2 | 1 | −10,000 |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Basement Description | None | None | None | None |
| Basement Finished Rooms | None | None | None | None |
| Functional Utility | Good | Good | Good | Good |
| Heating/Cooling | FAU/None | FAU/None | FAU/None | FAU/None |
| Energy Efficient Items | None noted | None noted | None noted | None noted |
| Parking On/Off Site | 1 Car Attached | 1 Car Attached | None +10,000 | None +10,000 |
| Porch/Patio/Deck | Patio/Slab | Patio/Slab | Patio/Slab | Patio/Slab |
| AP Number | 5071-022-033 | 5071-021-033 | 5067-005-011 | 5070-015-049 |
| Upgrades | Average | Superior −10,000 | Average | Inferior +10,000 |
| Days on Market/List Price | Not currently listed | 163/$775,000 | 21/$720,000 | 11/$625,000 |
| Net Adjustment (Total) | | ☒ + ☐ − −12,755 | ☒ + ☐ − 46,125 | ☒ + ☐ − 25,675 |
| Adjusted Sale Price | | Net Adj. 1.7 % | Net Adj. 6.4 % | Net Adj. 3.4 % |
| of Comparables | | Gross Adj. 10.2 % $ 742,245 | Gross Adj. 9.2 % $ 766,125 | Gross Adj. 12.4 % $ 775,675 |
| Adjusted Price Per Unit | (Adj. SP Comp / # of Comp Units) | 371,123 | 383,063 | 387,838 |
| Adjusted Price Per Room | (Adj. SP Comp / # of Comp Rooms) | 82,472 | 95,766 | 96,959 |
| Adjusted Price Per Bedrm | (Adj. SP Comp / # of Comp Bedrooms) | 185,561 | 191,531 | 193,919 |
| Value per Unit | $ 367,500 X 2 Units = $ 735,000 | Value per Unit $ 349.33 X 2,104 GBA = $ 734,990 | | |
| Value per Rm. | $ 81,667 X 9 Rooms = $ 735,003 | Value per GBA $ 245,000 X 3 Bdrms. = $ 735,000 | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.    Sales are located in the same marketing area as the subject and are considered to be the most reliable comparable properties available.  Primary weight was placed on comp 1- 5.  Secondary weight was placed on comp 6.  It is a closed sales of similar income producing property in the market area.  **The adjusted sale prices of the six comparable sales is $730,175 - $775,675.  The average is $748,069.  My value opinion should lie within the parameters of the primary weighted comparables properties.  My value opinion of $735,000 does lie within this narrow range and appears reasonable as of the effective date of this report.  Based on the available data and the information available to us it is our opinion that a value conclusion of $735,000 for the subject is reasonable and adequately supported.**

Indicated Value by Sales Comparison Approach $    735,000

Total gross monthly rent $    3,200    X Gross rent multiplier (GRM)    195    = $ 624,000    Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM    Gross rent multiplier derived from the range of all comparable sales. It appear that if the front unit were rented at market rates, approximately $2,000 - $2,200 per month the total rents would be approximately $4,000 per month.

Applying a GRM of 190 would create an income approach value of approximately **$760,000.**

| Indicated Value by: | Sales Comparison Approach $    735,000 | Income Approach $    624,000 | Cost Approach (if developed) $ |
|---|---|---|---|

Most weight was placed on the sales comparison approach.  The subject property most likely be purchased by an owner user or developer.  The income approach were utilized for further support of value.  **The adjusted sale prices of the six comparable sales is $730,175 - $775,675.  The average is $748,069.  My value opinion should lie within the parameters of the comparables properties.  My value opinion of $735,000 does lie within this narrow range and appears reasonable as of the effective date of this report.  Based on the available data it is my opinion that a value conclusion of $735,000 for the subject is reasonable and adequately supported.**

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:    This report is intended for use by the client, for bankruptcy and litigation purposes only. This appraisal is not intended for mortgage loan purposes.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    735,000 , as of    September 29, 2017 , which is the date of inspection and the effective date of this appraisal.

Small Residential Income Property Appraisal Report   File #   TPRE/Trinity/St.Elmo

**URAR : Sales Comparison Analysis - Summary of Sales Comparison Approach   Comments on sales comparison analysis:**

Location ~ $25,000.

Lot size ~ Adjustment on lot size based on $5.00 per square foot.

Living area ~ $50.00 per square foot

Condition ~ $25,000

Upgrades ~ $10,000

Bathroom count ~ $10,000 per full bathroom, $5,000 per half bathroom

Garage ~ $10,000 per enclosed car space.

Bedroom count ~ $10,000

Sales are located in the same marketing area as the subject and are considered to be the most reliable comparable properties available. Primary weight was placed on comp 1- 5. Secondary weight was placed on comp 6. It is a closed sales of similar income producing property in the market area. At the time of our inspection there the lot appeared to be under construction. It is a good reflection of land value and included to show prices of similar lots in the subject's immediate market area. Comp 1 entered contract on 8/25/2017. Comp 2 entered contract on 8/4/2017. All six comparable properties appear to be good reflections of value for the subject property as of the effective date of this report.

My adjustments were based on conversations with local real estate experts and are adequately supported by the paired sales analysis.

ADDITIONAL COMMENTS

It appears that land value is one of the components of overall value in this area at this time, properties like the subject sell primary for land value to current developers or prospective developers that will buy and hold till the right time to build.

Due to this concept, I attempted to find properties of on similar sized lots. I chose comparables for this report that were considered to be the most recent in close of escrow date, the closest in size and appeal to that of the subject while keeping all comparables within the same market area as the subject and that would appeal to the same typical buyer. These comparables are considered by the appraiser to be the best indicators of value and tools for establishing an accurate opinion of value for this property.

This report is intended for use by the client, for bankruptcy and litigation purposes. This appraisal is not intended for mortgage loan purposes. It is a retrospective value opinion as of September 29, 2017. The subject was inspected on March 1, 2018.

***The adjusted sale prices of the six comparable sales is $730,175 - $775,675. The average is $748,069. My value opinion should lie within the parameters of the primary weighted comparables properties. The range of gross sales prices for the six comparables is $720,000 - $800,000 with an average of $744,167. My value opinion of $735,000 does lie within this narrow range and appears reasonable as of the effective date of this report. Based on the available data and the information available it is my opinion that a value conclusion of $735,000 for the subject is reasonable and adequately supported.***

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Cost approach omitted as the typical buyer would place no weight on this approach to value.

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|---|---|
| Source of cost data | | | DWELLING 2,104 Sq.Ft. @ $ | =$ |
| Quality rating from cost service | Effective date of cost data | | None Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross building area calculations, depreciation, etc.) | | | | =$ |
| | | | Garage/Carport Sq.Ft. @ $ | =$ |
| | | | Total Estimate of Cost-New | =$ |
| | | | Less Physical Functional External | |
| | | | Depreciation | =$( ) |
| | | | Depreciated Cost of Improvements | =$ |
| | | | "As-is" Value of Site Improvements | =$ |
| Estimated Remaining Economic Life (HUD and VA only) Years | | | INDICATED VALUE BY COST APPROACH | =$ |

### PROJECT INFORMATION FOR PUDs (if applicable)

| | | | |
|---|---|---|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No | Unit type(s) ☐ Detached ☐ Attached | | |

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Small Residential Income Property Appraisal Report    File No. Jones, Darimar
File # TPRE/Trinity/St.Elmo

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Small Residential Income Property Appraisal Report

File #    TPRE/Trinity/St.Elmo

APPRAISER'S CERTIFICATION:    The    Appraiser    certifies    and    agrees    that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Small Residential Income Property Appraisal Report    File # TPRE/Trinity/St.Elmo

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   Jeffrey M. Neel | Signature |
| Name   Jeffrey Neel | Name |
| Company Name   Third Party Real Estate, Inc. | Company Name |
| Company Address   4952 Warner Avenue, Suite 320, Huntington Beach, CA 92649 | Company Address |
| Telephone Number   714-624-9772 | Telephone Number |
| Email Address   jeff@thirdpartyvalue.com | Email Address |
| Date of Signature and Report   03/12/2018 | Date of Signature |
| Effective Date of Appraisal   September 29, 2017 | State Certification # |
| State Certification #   AR039177 | or State License # |
| or State License # | State |
| or Other (describe)   State # | Expiration Date of Certification or License |
| State   CA | |
| Expiration Date of Certification or License   12/27/2019 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 4628 St Elmo Dr | Date of Inspection |
| Los Angeles, CA 90019 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $   735,000 | COMPARABLE SALES |
| | ☐ Did not inspect exterior of comparable sales from street |
| LENDER/CLIENT | ☐ Did inspect exterior of comparable sales from street |
| Name   Rafael R. Garcia-Salgado | Date of Inspection |
| Company Name   Trinity Financial Services LLC | |
| Company Address   2618 San Miguel Dr., 303, Newport Beach, CA 92660 | |
| Email Address   RGarcia@bwslaw.com | |

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Small Residential Income Property Appraisal Report**    File # TPRE/Trinity/St.Elmo

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Address | 4628 St Elmo Dr<br>Los Angeles, CA 90019 | 1929 Hillcrest Dr<br>Los Angeles, CA 90016 | 1646 S Highland Ave<br>Los Angeles, CA 90019 | 4630 W 18th St<br>Los Angeles, CA 90019 |
| Proximity to Subject | | 0.23 miles S | 0.30 miles NW | 0.07 miles SW |
| Sale Price | $ N/A | $ 800,000 | $ 720,000 | $ 720,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 394.48 sq.ft. | $ 460.06 sq.ft. | $ 384.62 sq.ft. |
| Gross Monthly Rent | $ 3,200 | $ 4,400 | $ 3,600 | $ 3,800 |
| Gross Rent Multiplier | 181.82 | | 200.00 | 189.47 |
| Price per Unit | $ | $ 400,000 | $ 360,000 | $ 360,000 |
| Price per Room | $ | $ 100,000 | $ 120,000 | $ 90,000 |
| Price per Bedroom | $ | $ 200,000 | $ 360,000 | $ 180,000 |
| Rent Control | ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | | Realist/CRMLS# 316010396 | Realist/CRMLS# 16174990 | Realist/CRMLS# 16175714 |
| Verification Source(s) | | Vincent Jaramillo 626-428-5911 | Karoline Rivers Altieri 310-266-9021 | Agt Nick Mercado 323-896-9955 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | TD 79% (Conv) | | Cash Sale | | TD 74% (Conv) | |
| Concessions | | Doc # 82749 | | Doc # 1514315 | | Doc # 1655049 | |
| Date of Sale/Time | | 01/20/2017 | | 12/01/2016 | | 12/29/2016 | |
| Location | Average | Superior | −25,000 | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,875 sf | 6,600 sf | +6,375 | 5,624 sf | +11,255 | 6,997 sf | +4,390 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 79 | 98 | | 80 | | 104 | |
| Condition | Average | Superior | −25,000 | Superior | −25,000 | Inferior | +25,000 |
| Gross Building Area | 2,104 | 2,028 | +3,800 | 1,565 | +26,950 | 1,872 | +11,600 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 2 | 1 | 4 | 2 | 1 | | 3 | 1 | 1 | +10,000 | 5 | 3 | 1 | −20,000 |
| Unit # 2 | 4 | 1 | 1 | 4 | 2 | 1 | −10,000 | 3 | 1 | 1 | | 3 | 1 | 1 | |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Basement Description | None | None | None | None |
| Basement Finished Rooms | None | None | None | None |
| Functional Utility | Good | Good | Good | Good |
| Heating/Cooling | FAU/None | FAU/CAU | FAU/None | FAU/None |
| Energy Efficient Items | None noted | None noted | None noted | None noted |
| Parking On/Off Site | 1 Car Attached | 2 Car Detached  −10,000 | 1 Car Detached | 2 Car Attached  −10,000 |
| Porch/Patio/Deck | Patio/Slab | Patio/Slab | Patio/Slab | Patio/Slab |
| AP Number | 5071-022-033 | 5061-012-005 | 5067-006-013 | 5071-023-036 |
| Upgrades | Average | Superior  −10,000 | Average | Inferior  +10,000 |
| Days on Market/List Price | Not currently listed | 46/$779,000 | 14/$599,000 | 68/$749,000 |
| Net Adjustment (Total) | | ☐ +  ☒ −  $ −69,825 | ☒ +  ☐ −  $ 13,205 | ☒ +  ☐ −  $ 20,990 |
| Adjusted Sale Price<br>of Comparables | | Net Adj.  8.7 %<br>Gross Adj.  11.3 %  $ 730,175 | Net Adj.  1.8 %<br>Gross Adj.  11.6 %  $ 733,205 | Net Adj.  2.9 %<br>Gross Adj.  11.2 %  $ 740,990 |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 365,088 | $ 366,603 | $ 370,495 |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 91,272 | $ 122,201 | $ 92,624 |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 182,544 | $ 366,603 | $ 185,248 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None | None | None | None |
| Price of Prior Sale/Transfer | None | None | None | None |
| Data Source(s) | Realist/ND | Realist/ND | Realist/ND | Realist/ND |
| Effective Date of Data Source(s) | 03/08/2018 | 03/08/2018 | 03/08/2018 | 03/08/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Analysis of comps 4 - 6 listed above.

Analysis/Comments    Comp 6 appears to have been sold for land value only.  As of the date of my inspection, this duplex had been torn down and the site was in the process of being developed.

Form 1025.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Small Residential Income Property Appraisal Report    File # TPRE/Trinity/St.Elmo

The following properties were recently rented and represent the most current, similar, and proximate competitive rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 4 | COMPARABLE RENTAL # 5 | COMPARABLE RENTAL # 6 |
|---|---|---|---|---|
| Address | 4628 St Elmo Dr, Los Angeles, CA 90019 | 1826 S Rimpau Blvd, Los Angeles, CA 90019 | 1760 S Mansfield Ave, Los Angeles, CA 90019 | 1403 Crenshaw Blvd, Los Angeles, CA 90019 |
| Proximity to Subject | | 0.18 miles W | 0.44 miles W | 0.76 miles NE |
| Current Monthly Rent | $ 1,400 | $ 1,350 | $ 1,900 | $ 1,550 |
| Rent/Gross Bldg. Area | $ 0.67 sq.ft. | $ 2.60 sq.ft. | $ 2.24 sq.ft. | $ 3.33 sq.ft. |
| Rent Control | ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Client | Realist/CRMLS # 17251812 | Realist/CRMLS # PW17253946 | Realist/CRMLS # 17217232 |
| Date of Lease(s) | Month to Month | 08/02/2017 ~ 12 Months | 11/22/2017 ~ 12 Months | 04/18/2017 ~ 12 Months |
| Location | Average | Average | Average | Average- |
| Actual Age | 79 | 66 | 94 | 96 |
| Condition | Average | Average | Average | Average |
| Gross Building Area | 2,104 | 520 | 850 | 465 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | |
| | | | | 2,104 | | | | | | | | | | | | | | | |
| Unit # 1 | 5 | 2 | 1 | 1,264 | 3 | 1 | 1 | 520 | $ 1,350 | 5 | 1 | 1.5 | 850 | $ 1,900 | 3 | 1 | 1 | 465 | $ 1,550 |
| Unit # 2 | 4 | 1 | 1 | 840 | | | | | $ | | | | | $ | | | | | $ |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Undisclosed | Trash/Sewer | Trash/Sewer | Trash/Sewer |
| Garage | 1 Car Attached | None | 1 Car Attached | None |

Analysis/Comments    Due to the variety of properties in this neighborhood, and the rent controlled nature of the area, the rental comparables vary in design, size and quality. The comparables listed above most accurately represent the current market rent for this area. Similar 1 bedroom units for between $1,350- $1,900 depending on rent length of tenancy, view, location, amenities, bathroom count and square foot based on area market rental standards.

Supplemental Addendum                                    File No. TPRE/Trinity/St.Elmo

| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |

### Electronic Signature

The signature in this report is an authorized electronic signature, with secure password encryption. The appraiser retains sole control over the ability to affix his electronic signature on all appraisal reports. This electronic signature is as legally binding as a traditional "wet" signature, and is accepted by all national and state regulatory agencies.

### Small Income : Neighborhood Market Conditions

After consideration of the data above and analysis of active, pending and expired listings of comparable properties in the subject immediate market area, appraiser has can conclude that the overall trend for sales is increasing or has stabilized.  Current and previous market data in the Subject neighborhood, including closed sales as well as listings, discussions with local brokers and real estate professionals, indicate a estimated exposure time of approximately 1 -3 months for the Subject property if marketed at a reasonable price.  Motivated home sellers that have kept their asking prices at competitive market levels, pent up demand for income producing properties like the subject and the current favorable financial conditions are setting market values as evidenced by the comparable properties utilized in this report. Again, values appear to be stable or slightly increasing in this neighborhood at the time of this appraisals' effective date. Reasonably priced homes are selling with exposure times of less than 3 months. The marketability of the Subject property to the other properties is good.  The overall market in this area appears to be good.

### URAR : Neighborhood - Description

Subject is located in a conforming area of the city.  It is located close to all supporting facilities including, schools employment centers, and arterial freeways. The surrounding neighborhood shopping consists of convenience stores, neighborhood and community shopping centers. No adverse conditions noted

### Scope of Work

**This report is intended for use by the client and assigns.  This appraisal is not intended for mortgage loan purposes.  This appraisal was intended for use in a bankruptcy court proceeding. It is a retrospective value opinion as of September 29, 2017. The subject was inspected on March 01, 2018.**

The appraiser researched the subject via NDCData, Real List, and CR MLS. The appraiser completed a visual observation of the subject property based on an inspection from the interior and exterior of the property from all sides. The appraiser ran researched comparable sales (properties that have sold in the minimum of the past 6 months up to 12 months), active listings, and pending sales through these data sources for the subject's market area and comparable and/or competing market areas. The research includes, but is not limited to, searches of similar style, age, quality, condition, gross living area, gross building area, amenities, bedroom count, bathroom count, site size, zoning, and/or view quality. These properties were then looked at and considered on paper and cross referenced with the available data sources to find the best comparable properties to the subject's property. Those that were considered the best were then viewed from the public streets for comparison to the subject as well as interviews (either phone, electronic mail, fax, or in person) with either/or the Listing Agent, Buyers Agent, Seller, or the Buyer involved in the transaction. After this was considered and concluded then the best comparable properties were included in this appraisal report.

### Adverse Environmental Conditions

As part of the appraisal process an overall visual observation of the subject's improvements and site was conducted but, there were no visible evidence of hazardous environmental conditions which may affect the subject property or its value. However, the appraiser is not an expert, and is not qualified to confirm or deny the existence of hazardous substances. If the subject property was built before 1978, portions of the structure may be comprised of lead based paint or asbestos containing material. Should any evidence of such material be discovered, removal by a certified professional is recommended and this in no way shall be construed to warrant the condition of the property. A common sense and a reasonable amount of training in identification exist to determine visible or otherwise obvious substances or conditions which may prove detrimental. The market value opinion reached in this report is predicated on the following:

No warranty of the subject property is given or implied. No liability is assumed for the structural or mechanical elements of the property.

**Supplemental Addendum**                                                    File No. TPRE/Trinity/St.Elmo

| Borrower | Trinity Financial Services, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | |

### Additional Appraisal Assistance

J.J. Baccari assisted in the preparation of this report in the form of market data research and report writing.  No other persons assisted in this assignment.

### Additional Clarification Certification and Definitions

I certify that the use of this report is subject to the requirements of the Appraisal Foundation and USPAP relating to review by its duly authorized representatives.

Jeffrey Neel does not have any financial interest in the subject property nor has he appraised the subject property within three years of the effective date of this report.

It is intended that this appraisal and appraisal report meet or exceed the minimum requirements of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), the minimum appraisal regulatory laws administered by the California State Office of Real Estate Appraisers, as well as the Client's requested guidelines.

The appraiser only reports what is readily observable based upon the visual observation. The appraiser is not liable for items that are concealed and those items that can not be seen.

Certification #21 & #23. The Intended User of this appraisal report by the appraiser is only the client for the intended use for a mortgage finance transaction. The client may provide copies of this appraisal report to others as stated in Certification #21. The other parties may chose to rely upon this appraisal report, however, they should not rely on it to disclose conditions and defects of the subject property and improvements not already discussed in this appraisal report.

Page 1, Improvements, questions 2 and 3. These two questions and answers are based upon the complete visual observation of the subject property as defined above. The appraiser makes no warranties expressed implied or otherwise as to items that are beyond the scope of a visual observation and for systems not tested by the appraiser.

The client and any other reader of this appraisal report is put on notice that this appraisal report is not a Home Inspection, Structural Engineer Inspection, Roof Certification, Pest and Dry Rot Inspection, Environmental Inspection, and/or any other inspection than a visual observation. If, the client and/or any other reader of this appraisal report has concerns of these systems that are beyond the expertise and scope of work of the appraisal process and appraiser then they should engage the services of a professional that is an expert in those systems.

# Operating Income Statement
**One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property**

TPRE/Trinity/St-Elmo

| Property Address | | | | |
|---|---|---|---|---|
| 4628 St Elmo Dr | | Los Angeles | CA | 90019 |
| Street | | City | State | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|---|
| | Yes | No | | | | | | |
| Unit No. 1 | ☒ | ☐ | | $  1,400 | $  1,400 | Electricity | ☐ | ☐ |
| Unit No. 2 | ☒ | ☐ | | $ | $  1,800 | Gas | ☐ | ☐ |
| Unit No. 3 | ☒ | ☐ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | ☐ | ☐ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| Total | | | | $  1,400 | $  3,200 | Water/Sewer | ☐ | ☒ |
| | | | | | | Trash Removal | ☐ | ☒ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided).  This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g. Applicant/Appraiser 288/300).  If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections.  The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections.  The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item) Income should be based on the current rents, but should not exceed market rents.  When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

## Annual Income and Expense Projection for Next 12 months

| Income (Do not include income for owner-occupied units) | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Gross Annual Rental (from unit(s) to be rented) | (Market) | $  38,400 | $ |
| Other Income (include sources) | | +   | +   |
| Total | | $  38,400 | $   |
| Less Vacancy/Rent Loss | | −  1,152  ( 3 %) | −  ( %) |
| Effective Gross Income | | $  37,248 | $   |

| Expenses (Do not include expenses for owner-occupied units) | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Electricity | | |
| Gas | | |
| Fuel Oil | | |
| Fuel  --------------------------------  (Type -  _____ ) | | |
| Water/Sewer   $100 per month | 1,200 | |
| Trash Removal   $50 per month | 600 | |
| Pest Control   $25 per month | 300 | |
| Other Taxes or Licenses | | |
| Casual Labor | | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating | 250 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | | |
| General Repairs/Maintenance | 250 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses | 1,890 | |
| These are the customer expenses that a professional management company would charge to manage the property. | | |
| Supplies | 250 | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 300 | |
| Miscellaneous | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Operating Expenses | $  5,040 | $ |

Freddie Mac
Form 998 Aug 88

This Form Must Be Reproduced By Seller
Page 1 of 2

Fannie Mae
Form 216 Aug 88

Jeffrey Neel
Form INC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether reserves are provided for in the individual lease agreements or are customary in the local market.  This represents the total average yearly reserves.  Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | | Remaining Life | | | | | By Applicant/ Appraiser | | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ | $ | 2 | ea. ÷ | 20 | Yrs. x | 500 | Units = | $ | 50 | $ | |
| Refrigerators | @ | $ | | ea. ÷ | | Yrs. x | | Units = | $ | | $ | |
| Dishwashers | @ | $ | 2 | ea. ÷ | 20 | Yrs. x | 500 | Units = | $ | 50 | $ | |
| A/C Units | @ | $ | | ea. ÷ | | Yrs. x | | Units = | $ | | $ | |
| C. Washer/Dryers | @ | $ | | ea. ÷ | | Yrs. x | | Units = | $ | | $ | |
| HW Heaters | @ | $ | 2 | ea. ÷ | 20 | Yrs. x | 1,000 | Units = | $ | 100 | $ | |
| Furnace(s) | @ | $ | 2 | ea. ÷ | 20 | Yrs. x | 1,000 | Units = | $ | 100 | $ | |
| (Other) | @ | $ | | ea. ÷ | | Yrs. x | | Units = | $ | | $ | |
| Roof | @ | $ | | ÷ | | Yrs. x One Bldg. = | | | $ | | $ | |

Carpeting (Wall to Wall)

Remaining Life

| (Units) | | Total Sq. Yds. @ | $ | | Per Sq. Yd. ÷ | | Yrs. = | $ | | $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (Public Areas) | | Total Sq. Yds. @ | $ | | Per Sq. Yd. ÷ | | Yrs. = | $ | | $ | |

| Total Replacement Reserves. (Enter on Pg. 1) | | | | | | | | | $ | 300 | $ | |

## Operating Income Reconciliation

| $ | 37,248 | − | $ | 5,040 | = | $ | 32,208 | ÷ 12 = | $ | 2,684 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Effective Gross Income | | | Total Operating Expenses | | | Operating Income | | | Monthly Operating Income |
| $ | 2,684 | − | $ | 2680 | = | $ | 4 | | | |
| | Monthly Operating Income | | | Monthly Housing Expense | | | Net Cash Flow | | | |

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003.  If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (Including sources for data and rationale for the projections)

All projections are based on estimates for purchase of the equipment and supplies listed above.  All of the values noted above in this statement are based on a blend of projected contract and market rental information.  No lease was provided for my review.  Monthly housing expense is based on a purchase price of $725,000 and on a loan amount of $362,500 at 4.00% interest.  This estimate includes principal and interest, monthly actual current real estate tax and a monthly hazard insurance payment.

| Jeffrey Neel | | 03/12/2018 |
|---|---|---|
| Appraiser Name | Appraiser Signature | Date |

Underwriter's Comments and Rationale for Adjustments

| | | |
|---|---|---|
| Underwriter Name | Underwriter Signature | Date |

Location Map

| Borrower | Trinity Financial Services, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | |



| Borrower | Trinity Financial Services, LLC | | | | | | |
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



**Subject Front Unit**

4628 St Elmo Dr
Sales Price      N/A
G.B.A.           2,104
Age/Yr.Blt.      79



**Subject Front Unit**



**Subject Rear Unit**

Subject Photo Page

| Borrower | Trinity Financial Services, LLC | | | | | | |
|----------|--------------------------------|--|--|--|--|--|--|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



**Subject Rear Unit**

4628 St Elmo Dr
Sales Price        N/A
Gross Building Area    2,104
Age            79

**Street View**



**Exterior**



Subject Interior Photo Page

| Borrower | Trinity Financial Services, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | |

### Subject Interior

4628 St Elmo Dr
Sales Price          N/A
Gross Building Area  2,104
Age                  79



Front Unit

### Subject Interior



Front Unit

### Subject Interior



Front Unit

| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |

## Subject Interior

4628 St Elmo Dr
Sales Price           N/A
Gross Building Area   2,104
Age                   79



Front Unit

## Subject Interior



Front Unit

## Subject Interior



Rear Unit

Subject Photo Page

| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



**Subject Interior**
4628 St Elmo Dr

Rear Unit



**Subject Interior**

Rear Unit





**Subject Interior**

Rear Unit

| | |
|---|---|
| Borrower | Trinity Financial Services, LLC |
| Property Address | 4628 St Elmo Dr |
| City | Los Angeles |
| County | Los Angeles |
| State | CA |
| Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC |



**Rental 1**

2819 Wellington Rd

| | |
|---|---|
| Proximity to Subj. | 0.81 miles S |
| GBA | 1,000 |
| Age/Year Built | 95 |



**Rental 2**

2313 S Bronson Ave

| | |
|---|---|
| Proximity to Subj. | 0.63 miles SE |
| GBA | 1,296 |
| Age/Year Built | 96 |



**Rental 3**

1130 S Citrus Ave Apt B

| | |
|---|---|
| Proximity to Subj. | 0.82 miles N |
| GBA | 1,100 |
| Age/Year Built | 93 |

| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



### Rental 4
1826 S Rimpau Blvd
Proximity to Subject  0.18 miles W
Gross Building Area  520
Age  66



### Rental 5
1760 S Mansfield Ave
Proximity to Subject  0.44 miles W
Gross Building Area  850
Age  94



### Rental 6
1403 Crenshaw Blvd
Proximity to Subject  0.76 miles NE
Gross Building Area  465
Age  96

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trinity Financial Services, LLC | | | | | | |
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



### Comparable 1

1731 West Blvd
Sales Price          755,000
Gross Building Area   1,888
Age                   96



### Comparable 2

1655 S Highland Ave
Sales Price          720,000
Gross Building Area   1,469
Age                   91



### Comparable 3

1510 Meadowbrook Ave
Sales Price          750,000
Gross Building Area   2,578
Age                   90

| Borrower | Trinity Financial Services, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



### Comparable 4

1929 Hillcrest Dr
Sales Price       800,000
Gross Building Area   2,028
Age            98



### Comparable 5

1646 S Highland Ave
Sales Price       720,000
Gross Building Area   1,565
Age            80



### Comparable 6

4630 W 18th St
Sales Price       720,000
Gross Building Area   1,872
Age            104

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trinity Financial Services, LLC | | | | | | |
| Property Address | 4628 St Elmo Dr | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90019 |
| Lender/Client | Trinity Financial Services LLC | | | | | | |



| Area Calculations Summary | | | |
|---|---|---|---|
| **Living Area** | | **Calculation Details** | |
| Back Unit | 660 Sq ft | 22 × 30 = 660 | |
| Front Unit | 1446 Sq ft | 28 × 25 = 700 | |
| | | 30 × 24 = 720 | |
| | | 2 × 13 = 26 | |
| **Total Living Area (Rounded):** | **2106 Sq ft** | | |
| **Non-living Area** | | | |
| 1 Car Attached | 280 Sq ft | 20 × 14 = 280 | |

## 4628 St Elmo Dr, Los Angeles, CA 90019-5745, Los Angeles County

### Multiple Building Property Summary



| 3 | 2,104 | 7,856 | $127,000 | Pre-foreclosure |
|---|---|---|---|---|
| **Beds** | **Bldg Sq Ft** | **Lot Sq Ft** | **Sale Price** | |
| 2 | 1939 | DUPLEX | 04/1988 | |
| **Baths** | **Yr Built** | **Type** | **Sale Date** | |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Martinez Carlos G** | Tax Billing Zip: | **90019** |
| Mail Owner Name: | **Carlos G Martinez** | Tax Billing Zip+4: | **5745** |
| Tax Billing Address: | **4628 St Elmo Dr** | Owner Vesting: | **Married Man** |
| Tax Billing City & State: | **Los Angeles, CA** | Owner Occupied: | **Yes** |

### Location Information

| | | | |
|---|---|---|---|
| Zip Code: | **90019** | School District: | **Los Angeles** |
| Carrier Route: | **C016** | Comm College District Code: | **Los Angeles City** |
| Zoning: | **LARD1.5** | Census Tract: | **2182.10** |
| Tract Number: | **558** | Topography: | **Rolling/Hilly** |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | **5071-022-033** | Tax Area: | **67** |
| Exemption(s): | **Homeowner** | Lot: | **10** |
| % Improved: | **42%** | Water Tax Dist: | **Southern California** |
| Legal Description: | **TRACT NO 558 LOT 10** | | |

### Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value – Total | $233,880 | $229,295 | $225,852 |
| Assessed Value – Land | $136,751 | $134,070 | $132,057 |
| Assessed Value – Improved | $97,129 | $95,225 | $93,795 |
| YOY Assessed Change ($) | $4,585 | $3,443 | |
| YOY Assessed Change (%) | 2% | 1.52% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2015 | $2,859 | | |
| 2016 | $2,899 | $41 | 1.42% |
| 2017 | $2,988 | $89 | 3.07% |

| Special Assessment | Tax Amount |
|---|---|
| County Park Dist83 | $9.73 |
| City Lt Maint 21 | $53.07 |
| Trauma/Emerg Srv86 | $89.20 |
| Flood Control 62 | $34.04 |
| Rposd Measure A 83 | $31.55 |
| La Stormwater 21 | $27.14 |
| Lacity Park Dist21 | $25.70 |
| La West Mosq Ab 31 | $10.97 |
| Total Of Special Assessments | $281.40 |

Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The
accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 03/08/2018
Page 1 of 3

## Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Duplex** | Total Baths: | **2** |
| Universal Land Use: | **Duplex** | Full Baths: | **2** |
| Lot Acres: | **0.1803** | Heat Type: | **Heated** |
| Lot Area: | **7,856** | Construction Type: | **Frame** |
| Building Sq Ft: | **2,104** | Year Built: | **1939** |
| Gross Area: | **1,875** | Building Type: | **Type Unknown** |
| Stories: | **1** | Building Comments: | **04/88: 1-2br, 1ba, $725;1-2br, 1ba, $625;Rent Control **** |
| Total Units: | **2** | # of Buildings: | **2** |
| Bedrooms: | **3** | | |

## Estimated Value

| | | | |
|---|---|---|---|
| RealAVM™ (1): | **$735,552** | Confidence Score (2): | **75** |
| RealAVM™ Range: | **$625,219 - $845,885** | Forecast Standard Deviation (3): | **15** |
| Value As Of: | **02/22/2018** | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | **04/27/1988** | Sale Type: | **Full** |
| Sale Date: | **04/1988** | Deed Type: | **Grant Deed** |
| Sale Price: | **$127,000** | Owner Name: | **Martinez Carlos G** |
| Price Per Square Feet: | **$60.36** | Seller: | **Pacific Investments** |
| Document Number: | **579862** | | |

| | | | |
|---|---|---|---|
| **Recording Date** | 10/25/1991 | 04/27/1988 | 06/22/1987 |
| **Sale Date** | 07/1991 | 04/1988 | 04/1987 |
| **Sale Price** | | $127,000 | $42,025 |
| **Nominal** | Y | | |
| **Buyer Name** | Martinez Carlos | Martinez Carlos | Pacific Investments |
| **Seller Name** | Martinez Rafaela | Pacific Investments | Attorneys Equity Corp |
| **Document Number** | 1690145 | 579862 | 988600 |
| **Document Type** | Grant Deed | Grant Deed | Trustee Deed |

## Mortgage History

| | | | | | |
|---|---|---|---|---|---|
| **Mortgage Date** | 03/02/2010 | 08/14/2007 | 12/19/2006 | 07/27/2006 | 03/23/2006 |
| **Mortgage Amount** | $713,512 | $58,000 | $616,000 | $150,000 | $435,500 |
| **Mortgage Lender** | Gmac Mtg LLC | National Cty Bk | Just Mtgs | Bank Of America | Capstone Lndg |
| **Mortgage Code** | Conventional | Conventional | Conventional | Conventional | Conventional |

| | | | |
|---|---|---|---|
| **Mortgage Date** | 10/25/1991 | 04/27/1988 | 06/22/1987 |
| **Mortgage Amount** | $172,000 | $95,600 | $42,025 |
| **Mortgage Lender** | American Svgs Bk | | |
| **Mortgage Code** | Conventional | Private Party Lender | Conventional |

## Foreclosure History

| | | | |
|---|---|---|---|
| **Document Type** | Notice Of Default | Release Of Lis Pendens/Notice | Notice Of Default |
| **Default Date** | 09/27/2017 | | 03/12/2009 |
| **Foreclosure Filing Date** | 09/27/2017 | | 03/12/2009 |
| **Recording Date** | 09/28/2017 | 12/30/2009 | 03/16/2009 |
| **Document Number** | 1114994 | 1981377 | 372527 |
| **Default Amount** | $49,933 | | $9,639 |

Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 03/08/2018
Page 2 of 3

| | | | |
|---|---|---|---|
| Original Doc Date | 08/14/2007 | 03/16/2009 | 12/19/2006 |
| Original Document Number | 1903303 | 372527 | 2817680 |

## Property Map



(1) *Lot Dimensions are Estimated

### Building 1 of 2

#### Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Duplex** | Bedrooms: | **1** |
| Universal Land Use: | **Duplex** | Total Baths: | **1** |
| Lot Acres: | **0.1803** | Heat Type: | **Heated** |
| Lot Area: | **7,856** | Construction Type: | **Frame** |
| Building Sq Ft: | **840** | Year Built: | **1939** |
| Gross Area: | **1,875** | Building Type: | **Type Unknown** |
| Stories: | **1** | Building Comments: | **04/88: 1-2br, 1ba, $725;1-2br, 1ba, $625;Rent Control **** |
| Total Units: | **1** | | |

### Building 2 of 2

#### Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Duplex** | Total Units: | **1** |
| Universal Land Use: | **Duplex** | Bedrooms: | **2** |
| Lot Acres: | **0.1803** | Total Baths: | **1** |
| Lot Area: | **7,856** | Heat Type: | **Heated** |
| Building Sq Ft: | **1,264** | Year Built: | **1920** |
| Gross Area: | **1,875** | Building Type: | **Type Unknown** |

**Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS**
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The
accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 03/08/2018
Page 3 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Burke, Williams & Sorensen, LLP, 1851 East First Street, Suite 1550, Santa Ana, California 92705-4067

A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF APPRAISER IN SUPPORT OF ANSWER TO COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/20/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com
- Raymond Perez    rperezlaw.ela@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/20/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Carlos Galvan Martinez**
4628 1/2 St. Elmo Dr
Los Angeles, CA 90019

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/20/18 | Bernadette C. Antle | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4820-2077-0911 v1                - 4 -              DECLARATION OF APPRAISER IN SUPPORT
                                                         OF ANSWER TO LIEN STRIP COMPLAINT