1  LAW OFFICES OF RAYMOND PEREZ
   Raymond Perez, Bar No. 116087
2  8607 Imperial Highway, Suite 100
   Downey, CA 90242
3  Tel:     562-862-9944
   Fax:     562-862-3169
4  Email: rperezlaw.ela@gmail.com

5  Attorneys for Debtor/Plaintiff
   CARLOS GALVAN MARTINEZ
6

7  BURKE, WILLIAMS & SORENSEN, LLP
   Richard J. Reynolds, Bar No. 89911
8  Rafael R. Garcia-Salgado, Bar No. 283230
   1851 East First Street, Suite 1550
9  Santa Ana, CA  92705-4067
   Telephone:     949.863.3363
10 Facsimile:     949.863.3350

11 Attorneys for Creditor
   TRINITY FINANCIAL SERVICES, LLC
12

13

14

15                UNITED STATES BANKRUPTCY COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17                     LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:17-bk-21970-VZ |
| CARLOS GALVAN MARTINEZ, | Chapter 13 |
| Debtor, | Adversary No. 2:18-ap-01009-VZ |
| CARLOS GALVAN MARTINEZ, | **STIPULATION TO USE OF THIRD-PARTY APPRAISER MICHAEL D. TURNER AND TO EXTEND DISCOVERY DEADLINE, WRITTEN EXPERT REPORTS DEADLINE, AND SUPPORTING DECLARATIONS DEADLINE FROM OCTOBER 1, 2018 TO OCTOBER 31, 2018** |
| Plaintiff, | |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC, | |
| Defendant. | **[PRE-TRIAL CONFERENCE]** |
| | DATE:  1/24/19<br>TIME:  11:00 A.M.<br>CTRM: 1368 |

/// 

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4819-3754-6357 v1
06836-0097.001                     - 1 -                STIPULATION TO VALUE LISTED IN
                                                          APPRAISAL AND TO EXTEND DEADLINES

1     Debtor /Plaintiff, Carlos Galvan Martinez (the "Debtor"), on the one hand, and Creditor

2    Trinity Financial Services, LLC ("Trinity," and collectively with the Debtor, the "Parties"), on the

3    other hand, by and through counsel, request that the Court approve the following stipulation of

4    the Parties.

5                                **<u>STIPULATION</u>**

6     The Parties have agreed to employ third-party appraiser Michael D. Turner (the

7    "Appraiser") in an attempt to resolve the Debtor's *Complaint to Avoid Junior Lien on Principal*

8    *Residence* [Adversary Docket No. 1]. The Appraiser will file a forthcoming independent

9    appraisal report (the "Turner Report") determining the value of the Debtor's primary residence—

10    4628 46287 ½ St. Elmo Dr., Los Angeles, CA  90019 (the "Property").

11     The Parties agreed to employ the Appraiser only on September 28, 2018. Thus, the

12    Parties have agreed that the Discovery Deadline, Written Expert Reports Deadline, and

13    Supporting Declarations Deadline shall be continued from **October 1, 2018** to **October 31, 2018.**

14    *///*

15    *///*

16    *///*

17    *///*

18    *///*

19    *///*

20    *///*

21    *///*

22    *///*

23    *///*

24    *///*

25    *///*

26    *///*

27    *///*

28    *///*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-3754-6357 v1
06836-0097.001

- 2 -

STIPULATION TO VALUE LISTED IN
APPRAISAL AND TO EXTEND DEADLINES

/// 

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

The Parties have agreed that the forthcoming Turner Report will assist in determining the value of the Property.  Additionally, the Discovery Deadline, Written Expert Reports Deadline, and Supporting Declarations Deadline will be continued from **October 1, 2018** to **October 31, 2018.**

Dated: ~~September~~ 10/1/18, 2018

Respectfully submitted,

LAW OFFICES OF RAYMOND PEREZ

By: _____
Raymond Perez
Attorneys for Debtor
CARLOS GALVAN MARTINEZ

Dated: October 1, 2018

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Rafael R. Garcia-Salgado
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-3754-6357 v1
06836-0097.001

STIPULATION TO VALUE LISTED IN
APPRAISAL AND TO EXTEND DEADLINES

1

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

2    The Parties have agreed that the forthcoming Turner Report will assist in determining the

3 value of the Property.  Additionally, the Discovery Deadline, Written Expert Reports Deadline,

4 and Supporting Declarations Deadline will be continued from **October 1, 2018** to **October 31,**

5 **2018.**

6

7 Dated: September ___, 2018    Respectfully submitted,

8               LAW OFFICES OF RAYMOND PEREZ

9

10              By:_____

11                Raymond Perez
                Attorneys for Debtor

12               CARLOS GALVAN MARTINEZ

13

14 Dated: October 1, 2018     BURKE, WILLIAMS & SORENSEN, LLP

15

16

17              By:_____

18                Rafael R. Garcia-Salgado
                Richard J. Reynolds

19               Rafael R. Garcia-Salgado
                Attorneys for Creditor

20               TRINITY FINANCIAL SERVICES, LLC

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-3754-6357 v1
06836-0097.001

- 3 -

STIPULATION TO VALUE LISTED IN
APPRAISAL AND TO EXTEND DEADLINES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, California  92705-4067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO VALUE LISTED IN APPRAISAL OF APPRAISER MICHAEL TURNER AND TO EXTEND DISCOVERY DEADLINE, WRITTEN EXPERT REPORTS DEADLINE, AND SUPPORTING DECLARATIONS DEADLINE FROM OCTOBER 1, 2018 TO OCTOBER 31, 2018**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **10/1/18** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- Raymond Perez    rperezlaw.ela@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **10/1/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Carlos Galvan Martinez
4628 1/2 St. Elmo Dr
Los Angeles, CA 90019

**Judge:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4819-3754-6357 v1
06836-0097.001

- 4 -

STIPULATION TO VALUE LISTED IN
APPRAISAL AND TO EXTEND DEADLINES

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2018 | Bernadette C. Antle | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4819-3754-6357 v1
06836-0097.001

STIPULATION TO VALUE LISTED IN APPRAISAL AND TO EXTEND DEADLINES